AO 442 (Rev. 11/11) Arrest Warrant

8718954

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED AUG 21 '23
U.S. MARSHAL-DC PM3:51

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00137 |
| ROBERT SHEFFIELD | ) Assigned To : Cooper, Christopher R. |
|  | ) Assign. Date : 8/17/2023 |
|  | ) Description: Superseding Indictment (B) |
|  | ) Related Case: 23-cr-137 (CRC) |
| *Defendant* |  |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERT SHEFFIELD ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Conspiracy to Interfere with Interstate Commerce by Robbery;
18 U.S.C. § 1951 - Interference with Interstate Commerce by Robbery;
18 U.S.C. § 924(c)(1) - Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence;
18 U.S.C. § 2 - Aiding and Abetting;
FORFEITURE: 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p)

Date:   08/17/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.08.17 15:28:11 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)*  8/17/23 , and the person was arrested on *(date)*  8/31/23
at *(city and state)*  Washington, DC .

Date:  8/31/23

Ryan Owens
*Arresting officer's signature*

Ryan Owens DUSM
*Printed name and title*